**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 466 EAL 2016
                   : 
             Respondent    : 
                   :    Petition for Allowance of Appeal from
                   :    the Order of the Superior Court
           v.           : 
                   : 
                   : 
JIMMY  SANTOS,             : 
                   : 
             Petitioner    : 

## ORDER

**PER CURIAM**

      **AND NOW**, this 10th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.